STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. HAROLD JARDINE SAMURINE, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 47 *N. J. Super.* 172.

*Mr. H. Russell Morss, Jr.,* and *Mr. Calvin J. Hurd* for the petitioner.

*Mr. Albert G. Besser* for the respondent.

January 27, 1958. Granted.

ROBERT C. MOORE, PETITIONER-RESPONDENT, v. MAGOR CAR CORPORATION, RESPONDENT-PETITIONER.

See same case below: 47 *N. J. Super.* 425.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Herman M. Wilson* for the respondent.

January 27, 1958. Granted.